

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2021

No. 04-21-00187-CV

**IN THE MATTER OF J. L. D., A JUVENILE**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. J-19-40
Honorable Bill Squires, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before August 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2021.



_____
Michael A. Cruz,
Clerk of Court